**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**P. PATTERSON, Officer; NFN Jernagin, Sergeant, Defendants–Appellees.**

No. 00–7691.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Kevin L. Choice, pro se. Terry B. Millar, Rock Hill, SC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kevin L. Choice, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Choice v. Patterson,* No. CA–99–4099–0–18BD (D.S.C. filed

Nov. 1, 2000; entered Nov. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*